**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ronald Lesnick,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>State of Nevada.,<br><br>　　　　　　Defendant(s). | **2:22-cv-01939-RFB-MDC**<br><br>**Report and Recommendation** |

　　　　　On November 16, 2022, pro se plaintiff Ronald Lesnick filed Initiating Documents (ECF No. 1). However, plaintiff failed to pay the filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP"). On March 11, 2024, I ordered plaintiff to either file the IFP or pay the full filing fee by April 10, 2024. ECF No. 3. I warned plaintiff that failure to timely comply with the Order may result in a recommendation that the case be dismissed or administratively closed. *Id.* Plaintiff has failed to timely comply with my Order.

　　　　　ACCORDINGLY,

　　　　　**IT IS RECOMMENDED** that the case be dismissed.

## NOTICE

　　　　　Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

　　　　　This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d

1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 19th day of April 2024.

IT IS SO RECOMMENDED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge